NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEPHEN J. IWANISZEK,

Plaintiff-Appellant,

v.

PRIDE TRANSPORT, INC.,

Defendant-Appellee.

No. 21-15945

D.C. No. 2:17-cv-02918-JCM-BNW

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted August 17, 2022[**]

Before: S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

Stephen J. Iwaniszek appeals pro se from the district court's judgment dismissing his action alleging federal and state law claims, including under the Americans with Disabilities Act, arising from his employment at Pride Transport. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

The district court dismissed the action for Iwaniszek's failure to comply with a court order to file a second amended complaint. In his opening brief, Iwaniszek fails to address the grounds for dismissal and has therefore waived his challenge to the district court's orders. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta–Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim[.]").

**AFFIRMED.**